**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Shriram Harid*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*shriram.harid2@usdoj.gov*

*Main: (973) 645-2700*
*Direct: (973) 645-2728*

October 20, 2026

**<u>Via Electronic Filing</u>**
Hon. Claire C. Cecchi
United States District Judge
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Henao Diaz v. Soto* et al., No. 26-cv-13068 (CCC)**
**Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at approximately 8:27 a.m. this morning, October 20, 2026.

Respondents apologize to the Court and Petitioner for this late release. On Thursday, October 15, 2026, at approximately 8:21 a.m., the Court entered an order requiring Petitioner's release within 48 hours. *See* ECF No. 7. Upon receipt, this Office promptly conveyed the order to ICE. However, due to an administrative error in processing Petitioner's release, ICE released Petitioner belatedly, after the expiration of the 48-hour deadline.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:

SHRIRAM HARID
Assistant United States Attorney
*Attorneys for Respondents*

cc: All counsel of record (*via electronic filing*)

Encl.

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/19/2026